IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS ADRIAN CORTES-RAMOS

Plaintiff,

v.

ENRIQUE MARTIN-MORALES a/k/a RICKY MARTIN, JOHN DOE, RICHARD DOE, and their respective insurance companies.

Defendants,

Civil No. 16-1223 (DRD)

## JUDGMENT

Pursuant to the Court's *Opinion and Order* (Docket No. 127) denying Plaintiff's multiple *Motions to Amend* (Docket Nos. 104, 105, 107 and 116), the Court hereby enters a final judgment **DISMISSING PLAINTIFF'S REMAINING FEDERAL COPYRIGHT ACT CLAIMS WITHOUT PREJUDICE.**

**THIS CASE IS NOW CLOSED FOR ALL ADMINISTRATIVE AND STATISTICAL PURPOSES. IT IS SO ORDERED.**

In San Juan, Puerto Rico, August 21, 2020.

*S/Daniel R. Domínguez*
Daniel R. Domínguez
United States District Judge